MICHAEL SILBERBERG, Trading under the Firm Name and Style of EMPIRE MANUFACTURING COMPANY, Respondent, *v.* M. ASCHER SILK CORPORATION, Appellant.

Appeal from a judgment of the Supreme Court in favor of the plaintiff, entered in the New York county clerk's office February 5, 1923, upon the verdict of a jury; also from an order entered February 3, 1923, allowing interest upon the verdict, and also from an order entered January 31, 1923, denying the defendant's motion for a new trial.

Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.; Clarke, P. J., and Merrell, J. dissent.

CLARKE, P. J. (dissenting): The verdict, in my opinion, was clearly against the weight of the evidence. Furthermore, plaintiff having sued for $25,000, and the court having charged at the request of plaintiff's counsel that if the jury believed the plaintiff's story and plaintiff's witnesses they might find a verdict for the plaintiff for $6,615, besides interest, and the jury having returned a verdict for $2,500, there is no basis in the evidence for such a finding, and it was evidently a compromise verdict. I, therefore, dissent and vote to reverse and grant a new trial.

---

ABRAHAM JOSEPH, an Infant, by His Guardian ad Litem, MORRIS JOSEPH, Respondent, v. JOSEPH N. BLUMBERG, Doing Business under the Firm Name and Style of D. BLUMBERG & SON, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

EARL CARROLL, Appellant, v. REPUBLIC DISTRIBUTING CORPORATION and Others, Respondents.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

JOHN L. LYTTLE, as Trustee in Bankruptcy of WILLIAM J. HOWELL and REGINALD C. WALES, Individually and as Copartners, Composing the Firm of HOWELL & WALES, and All Others Similarly Situated, etc., Respondent, v. HAROLD N. RAYMOND and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

HAROLD HARPER, as Trustee in Bankruptcy of WALTER J. SCHMIDT and Others, Individually and as Copartners, etc., Suing on Behalf of Himself and Creditors of WALTER J. SCHMIDT & Co., and All Others, etc., Respondent, v. HAROLD N. RAYMOND and Others, Individually and as Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.